

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80178-CIV-WILLIAMS

| | |
|---|---|
| PALM BEACH GOLF CENTER-BOCA, INC., individually and on behalf of all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Judge Kathleen M. Williams<br>) Magistrate Judge Hopkins |
| JOHN G. SARRIS, D.D.S., P.A., and JOHN G. SARRIS, | )<br>)<br>) |
| Defendants. | )<br>) |

### MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Daniel J. Cohen of the law firm of Bock & Hatch, LLC, 134 N. LaSalle Street, Suite 1000, Chicago, IL 60602, Telephone (312) 658-5500, for purposes of appearance as co-counsel on behalf of Plaintiff, PALM BEACH GOLF CENTER-BOCA, INC., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Daniel J. Cohen to receive electronic filings in this case, and in support thereof states as follows:

1

1.  Daniel J. Cohen is not admitted to practice in the Southern District of Florida and is a member in good standing of the United States District Court for the Eastern District of Missouri, United States District Court for the Eastern District of Michigan, United States District Court for the Southern District of Illinois, United States District Court for the Western District of Missouri, United States Court of Appeals for the 7th Circuit, United States Court of Appeals for the 10th Circuit, and the United States Court of Appeals for the 5th Circuit.

2.  Movant, Gregory S. Weiss, Esquire, of the law firm of Leopold Law, P.A., 2925 PGA Boulevard, Suite 200, Palm Beach Gardens, FL 33410, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.  See Section 2B of the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of this Court, Daniel J. Cohen has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Daniel J. Cohen, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Daniel J. Cohen at email address: danieljcohen209@yahoo.com.

WHEREFORE, Gregory S. Weiss moves this Court to enter an Order permitting Daniel J. Cohen to appear before this Court on behalf of Plaintiff, PALM BEACH GOLF CENTER-BOCA, INC., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Daniel J. Cohen at danieljcohen209@yahoo.com.

Date: July 29, 2013

Respectfully submitted,

GREGORY S. WEISS
Florida Bar No. 163430
gweiss@leopold-law.com
Leopold-Law, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (877) 515-7955
Facsimile: (561) 515-1401

*Attorney for Palm Beach Golf Center-Boca, Inc.*

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

_____
Gregory S. Weiss

Executed under penalty of perjury on this 29th day of July, 2013.

_____
GREGORY S. WEISS
Florida Bar No. 163430
gweiss@leopold-law.com
LEOPOLD LAW, P.A.
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL 33410
Phone: (561) 515-1400
Fax: (561) 515-1401

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PALM BEACH GOLF CENTER-BOCA, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHN G. SARRIS, D.D.S., P.A., and JOHN G. SARRIS,,<br><br>Defendants. | Case No. 12-CV-80178<br>Judge Kathleen M. Williams<br>Magistrate Judge Hopkins |

## CERTIFICATION OF DANIEL J. COHEN

Daniel J. Cohen, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of standing of the United States District Court for the Eastern District of Missouri, United States District Court for the Eastern District of Michigan, United States District Court for the Southern District of Illinois, United States District Court for the Western District of Missouri, United States Court of Appeals for the 7th Circuit, United States Court of Appeals for the 10th Circuit, and the United States Court of Appeals for the 5th Circuit.

_____
Daniel J. Cohen, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80178-CIV-WILLIAMS

PALM BEACH GOLF CENTER-BOCA,
INC.,
individually and on behalf of all others
similarly situated,

      Plaintiff,

v.

JOHN G. SARRIS, D.D.S., P.A.,
and JOHN G. SARRIS,

      Defendants.

Judge Kathleen M. Williams
Magistrate Judge Hopkins

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

**THIS CAUSE** is before the Court on the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Daniel J. Cohen. The Court having considered the motion and all other relevant factors, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Daniel J. Cohen may appear and participate in this action on behalf of Palm Beach Golf Center-Boca, Inc. The Clerk shall provide electronic notification of all electronic filings to Daniel J. Cohen at danieljcohen209@yahoo.com.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of _____, 2013.

                 KATHLEEN M. WILLIAMS
                 UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record