UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PALM BEACH GOLF CENTER-BOCA, INC., a Florida corporation, individually and on behalf of all others similarly-situated, <br><br> Plaintiff, <br><br> v. <br><br> JOHN G. SARRIS, D.D.S., P.A., a Florida corporation, <br><br> Defendant. | Case No. 12-CV-80178 <br><br> Judge Kathleen M. Williams <br><br> Mag. Judge Hopkins |

## JOINT NOTICE OF SETTLEMENT

PALM BEACH GOLF CENTER-BOCA, INC., ("Plaintiff") and JOHN G. SARRIS, D.D.S., P.A. ("Defendant") by and through their attorneys, submit this Notice of Settlement pursuant to this Court's oral Order today on May 31, 2016. A classwide settlement was reached. The parties will submit a motion for preliminary approval attaching a formal agreement within ten days.

Dated: May 31, 2016

Respectfully submitted,

PALM BEACH GOLF CENTER-BOCA, INC., individually and as the representative of a class of similarly situated persons,

By:   /s/ Phillip A. Bock
      One of its attorneys

      Phillip A. Bock
      Daniel J. Cohen (pro hac vice)
      Tod A. Lewis (pro hac vice)
      BOCK & HATCH, LLC

1

        134 N. La Salle Street, Suite 1000
        Chicago, IL  60602
        Telephone:  312/658-5500

            JOHN G. SARRIS. D.D.S., P.A.,
            individually and as the representative
            of a class of similarly situated persons,

By:    /s/ Molly A. Arranz
        One of its attorneys

Eric Samore (pro hac vice)
Molly Arranz (pro hac vice)
SmithAmundsen, LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL  60601
Telephone:  312/894-3200

## CERTIFICATE OF SERVICE

I certify that, on May 31, 2016, I caused the foregoing to be filed using the Court's CM/ECF system, which automatically serves a copy on all counsel of record.

/s/ Phillip A. Bock